Scott H. Jacobs (SBN 81980)
Monique Jewett-Brewster (SBN 217792)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

Telephone:   510.763.2000
Facsimile:    510.273.8832

Email: shjacobs@reedsmith.com
Email: mjewett-brewster@reedsmith.com

Attorneys for Defendant Bank of America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MANUEL GALVEZ,<br><br>            Debtor.<br><br>MANUEL GALVEZ, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA CORPORATION; GILBERT ALONZA, an individual,<br><br>            Defendants. | Case No. 06-06411 MMC<br><br>[Re: Bankruptcy No. 06-30278 DM 7 Chapter 7]<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Honorable Maxine M. Chesney |

      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and Civil Local Rule 7-12 of the Local Rules promulgated by the United States District Court for the Northern District of California, all parties who have appeared in the above-captioned action hereby stipulate to the entry of an order granting Plaintiff Manuel Galvez a voluntary dismissal of the Complaint, <u>with</u> prejudice,

and without the assessment of costs or attorneys' fees against either party.

DATED:  \_11-15-2006_____

THE BERG LAW GROUP

By\_\_\_\_/s/ Irving L. Berg_____
  Irving L. Berg
  Attorneys for Plaintiff/Debtor Manuel Galvez

DATED:  \_\_11/16/2006_____

REED SMITH LLP

By\_\_\_\_/s/ Monique Jewett-Brewster_____
  Monique Jewett-Brewster
  Attorneys for Defendant Bank of America
  Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  November 17, 2006

_____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge

Case No. 06-06411 MMC  — 2 —

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE